UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT HUSTON, | CASE NO. 3:18-CV-00062 |
| Plaintiff, | JUDGE WALTER H. RICE |
| v. | **AGREED ORDER** |
| UGN, Inc., | |
| Defendant. | |

Pursuant to S.D. Ohio Civ. R. 7.3(a), and upon agreement of counsel for the parties, Plaintiff shall have until May 17, 2019 in which to respond to Defendant's Motion for Summary Judgment (Doc. 19).

IT IS SO ORDERED.

JUDGE WALTER H. RICE

Agreed:

/s/ Martin McHenry
**MARTIN McHENRY (0022543)**
Trial Attorney for Plaintiff
414 Walnut Street, Suite 315
Cincinnati, OH 45202
Phone: 513-241-0441
e-mail: martinm@mmchenrylaw.com

/s/ Judson D. Stelter by Martin McHenry
**JUDSON D. STELTER    (OH 0084295)**
Michael Best & Friedrich LLP
170 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Phone: 801-833-0500
Fax: 801-931-2500
e-mail: jdstelter@michaelbest.com